THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
BROCK H. LUNSFORD (No. 201740)
Special Assistant United States Attorney
Domestic Security and Immigration Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-8611
    Facsimile:  (213) 894-0141
    E-mail: Brock.Lunsford@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-2153M |
| | ) | |
| Plaintiff, | ) | PROPOSED FINDINGS AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE JAIME HERNANDEZ SOTELO, | ) | |
| | ) | |
| Defendant. | ) | |

PROPOSED FINDINGS & ORDER

    GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact stipulated to by the parties and finds that the interests of justice outweigh the defendant's and the public's right to the commencement of trial in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that the time between March 27, 2008, and April 14, 2008, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B).  Nothing in this stipulation and order shall preclude a finding that other provisions of the

1  Speedy Trial Act dictate that additional time periods are
2  excludable from the period within which charges must be filed and
3  trial must commence.
4      IT IS THEREFORE ORDERED that the Post-Indictment Arraignment
5  scheduled for March 31, 2008, shall be continued to April 14,
6  2008, at 8:30 a.m.
7
8  DATED: March 27, 2008
9
10
        UNITED STATES MAGISTRATE JUDGE

2